U.S. FIST C

2000 APR 11 · A 9 55

WHYTE

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**N/V LALEMENT**                                      **CIVIL ACTION**

**VERSUS**                                             **NO. 00-43**

**SEASTONE MARITIME LTD.**                             **SECTION "K"(5)**

## ORDER

Having been informed by counsel that this matter is presently pending in arbitration in England pursuant to the relevant charter party and it is anticipated the matter will be resolved in that context,

**IT IS ORDERED** that this case is **CLOSED** for statistical purposes. However, nothing in this Order shall be considered a dismissal or disposition of the case, and, should further proceedings in it become necessary or desirable, any party or the court may initiate such further proceedings in the same manner as if this Order had not been entered **provided that such a motion is filed no later than April 11, 2001**. Failure to reopen the matter prior to that time will result in this matter being **DISMISSED with prejudice.**

New Orleans, Louisiana, this 10th day of April, 2000.

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT JUDGE**

DATE OF ENTRY

APR 1 1 2000