

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LALEMENT NV | CIVIL ACTION |
| VERSUS | NUMBER: 00-43 |
| SEASTONE MARITIME LTD. | SECTION: "K" (5) |

### *EX PARTE* MOTION TO RETURN DEPOSIT

NOW INTO COURT, through undersigned counsel, comes Lalemant N.V. who respectfully suggests to this Court that it was the plaintiff in the above referenced matter; and upon further suggesting that on or about January 6, 2000, a deposit of TWO HUNDRED FIFTY AND NO/100 ($250.00) DOLLARS was made into the Registry of this Court; and upon further suggesting that this matter has now been dismissed, and that the TWO HUNDRED FIFTYAND NO/100 ($250.00) DOLLARS deposit should be returned.

WHEREFORE, plaintiff respectfully requests that the TWO HUNDRED FIFTY AND NO/100 ($250.00) DOLLARS deposit be returned to its attorney of record, the law offices of

1

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No_____

Terriberry, Carroll and Yancey, L.L.P., as attorneys for Lalemant N.V., 3100 Energy Centre, 1100 Poydras Street, New Orleans, Louisiana, 70163-3100..

                RESPECTFULLY SUBMITTED,

                TERRIBERRY, CARROLL & YANCEY, L.L.P.

                JOHN A. BOLLES (#3223)
                KENNETH J. GELPI, JR. (#24103)
                3100 Energy Centre
                1100 Poydras Street
                New Orleans, Louisiana 70163
                Telephone: 504/523-6451
                Fax: 504/524-3257
                Attorneys for Plaintiff, Lalemant N.V.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the above and foregoing has been served upon all counsel of record herein by hand delivery, facsimile transmission, or by placing same in the U.S. Mail, postage prepaid, this 26ᵗʰ day of September, 2006.

                JOHN A. BOLLES
                KENNETH J. GELPI, JR.

N:\New Files Folder\326\32694\P\EDLA.Motion to Return Deposit.wpd