"Certification of Funds in the Registry"

PRINCIPAL: $ 250.00

Financial Deputy: M. Barrois  Date: 9/26/06

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP 29 PM 5:27

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LALEMANT NV | CIVIL ACTION |
| VERSUS | NUMBER: 00-43 |
| SEASTONE MARITIME LTD. | SECTION: "K" (5) |

### ORDER

Considering the foregoing,

IT IS HEREBY ORDERED that the TWO HUNDRED FIFTY AND NO/100 ($250.00) DOLLARS deposit made by Lalemant N.V. in the above captioned matter be returned to the plaintiff through its attorney of record, Terriberry, Carroll & Yancey, L.L.P., as attorneys for Lalemant N.V.

New Orleans, Louisiana, this 28th day of September, 2006.

_____
UNITED STATES DISTRICT JUDGE

N:\New Files Folder\326\32694\P\EDLA.Motion to Return Deposit.wpd

1

___ Fee _____
___ Process _____
_X_ Dktd _____
_✓_ CtRmDep _____
___ Doc. No _____